**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

<u>VIA ECF</u>                                                                                                          November 17, 2025

The Honorable Naomi Reice Buchwald
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:   *Lynx Whole Loan Acquisition LLC v. Caliber Home Loans, Inc. et al.*, No. 1:25-cv-02948
       <u>Motion to Seal</u>

Dear Judge Buchwald:

     We move on behalf of Plaintiff Lynx Whole Loan Acquisition LLC ("Lynx") pursuant to Your Honor's Individual Practices, the Court's standing order, 19-mc-00583, and ECF Rules & Instructions, section 6, to seal Exhibits C, D, and E, and references thereto, in support of Lynx's concurrently filed pre-motion discovery letter.

     Exhibits C, D, and E are documents that Defendant Caliber Home Loans, Inc. ("Caliber") has designated "Confidential" pursuant to the Protective Order governing this action (Dkt. 49). Given Caliber's confidentiality designations, Lynx requests that the Court permit these materials to be filed under seal. Lynx takes no position on whether they should remain sealed.

Respectfully submitted,

/s/ David M. Grable

David M. Grable

Cc (via ECF): All counsel of record.

```
                                          Application granted.


    Dated:   November 18, 2025
             New York, New York
                                                  [signature]
                                          Naomi Reice Buchwald
                                          United States District Judge
```

**quinn emanuel urquhart & sullivan, llp**

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH