```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LYNX WHOLE LOAN ACQUISITION LLC,

            plaintiff,

        - against -                          ORDER

CALIBER HOME LOANS, INC.; NEW RESIDENTIAL    25 Civ. 2948 (NRB)
INVESTMENT CORP. (n/k/a/ RITHM CAPITAL
CORP.); and NEWREZ LLC,

            defendants,

------------------------------------X

CALIBER HOME LOANS, INC.,

            counterclaim-plaintiff

        - against –

LYNC WHOLE LOAN ACQUISITION LLC and ALLIED
FIRST BANK, S.B.,

            counterclaim-defendants.

------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


Having reviewed the parties' pre-motion letters, dated January 29, 2026 and February 3, 2026, the Court has determined that, as with most discovery disputes, this dispute can be resolved without the necessity of a formal motion. Accordingly, each party may submit no more than three additional pages in support of their respective positions. The parties are also free to combine their

original three-page letter and the three supplemental pages into a single, six-page letter if they so choose.  The parties should confer on a schedule agreeable to both sides, pursuant to which the supplemental letters will be filed.


Dated:    New York, New York
          February 6, 2026

_____
    NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE