

February 24, 2026

**Orrick, Herrington & Sutcliffe LLP**

51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

*Via* **ECF**

The Honorable Naomi Buchwald
Southern District of New York
500 Pearl Street
New York, NY 10007

**Richard A. Jacobsen**

**E** rjacobsen@orrick.com
**D** +1 212 506 3743
**F** +1 212 506 5151

Re:    *Lynx Whole Loan Acquisition v. Caliber Home Loans, Inc. et al.*, No. 1:25-cv-02948
Motion to Seal

Dear Judge Buchwald:

We move on behalf of Defendant Caliber Home Loans, Inc. ("Caliber") pursuant to Your Honor's Individual Practices, the Court's standing order, 19-mc-00583, and ECF Rules & Instructions, section 6, to seal Exhibits A, B, C, D, E, F, G, and H, and references thereto, in support of Caliber's concurrently filed pre-motion discovery letter.

Exhibits A, B, C, D, E, F, G, and H are documents, or contain references to documents, that Plaintiff Lynx Whole Loan Acquisition LLC ("Lynx") has designated "Confidential" pursuant to the Protective Order governing this action (Dkt. 49).  Given Lynx's confidentiality designations, Caliber requests that the Court permit these materials to be filed under seal.  Caliber takes no position on whether they should remain sealed.

Respectfully submitted,

*/s/ Richard A. Jacobsen*

Richard A. Jacobsen

Copy (by ECF) to:  All counsel of record

Application granted without prejudice to reconsideration.

SO ORDERED.

Dated:    February 25, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE