UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LYNX WHOLE LOAN ACQUISITION LLC,

plaintiff,

- against -

**ORDER**

25 Civ. 2948 (NRB)

CALIBER HOME LOANS, INC.; NEW RESIDENTIAL INVESTMENT CORP. (n/k/a/ RITHM CAPITAL CORP.); and NEWREZ LLC,

Defendants.

----------------------------------------X

CALIBER HOME LOANS, INC.,

counterclaim-plaintiff

- against -

LYNX WHOLE LOAN ACQUISITION LLC and ALLIED FIRST BANK, S.B.,

counterclaim-defendants.

----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** plaintiff Lynx Whole Loan Acquisition LLC ("Lynx") has filed a letter, dated June 24, 2026, ECF No. 182, requesting a conference in connection with a proposed motion for leave to file a Second Amended Complaint; and

**WHEREAS** as described, the proposed Second Amended Complaint will address causes of action for fraudulent transfer and alter

ego liability in connection with the actions of defendants New Residential Investment Corp. (n/k/a Rithm Capital Corp.) ("Rithm") and NewRez, LLC ("NewRez") and, as described, will expand the current successor liability claims against Rithm and NewRez; and

**WHEREAS** by letter dated June 29, 2026, ECF No. 185, defendants Caliber Home Loans, Inc., Rithm, and NewRez have requested that the Court deny Lynx's motion or, in the alternative, require Lynx to proceed on a fully briefed motion attaching the proposed Second Amended Complaint; and

**WHEREAS** the Court has no objection to resolving Lynx's proposed motion on formal papers conforming to the Court's Local Rules and Individual Practices on a schedule spanning no more than 60 days from the filing of Lynx's motion to the filing of Lynx's reply memorandum; and

**WHEREAS** there is pending a motion by Rithm and NewRez to dismiss Lynx's First Amended Complaint, ECF No. 63, which seeks to dismiss the successor liability claims against Rithm and NewRez, which are a subject of Lynx's proposed Second Amended Complaint; and

**WHEREAS** the outcome of the pending motion to dismiss may be impacted by the content of the proposed Second Amended Complaint if leave to file it is granted; accordingly, it is hereby

**ORDERED** that Rithm and NewRez's pending motion to dismiss, filed on November 10, 2025, ECF No. 63, is denied without prejudice to refiling following the resolution of Lynx's motion for leave to file a Second Amended Complaint.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 63.

Dated: New York, New York
July 8, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE