UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

LYNX WHOLE LOAN ACQUISITION LLC,

plaintiff,

- against -

CALIBER HOME LOANS, INC.; NEW RESIDENTIAL INVESTMENT CORP. (n/k/a/ RITHM CAPITAL CORP.); and NEWREZ LLC,

defendants,

----------------------------------------X

CALIBER HOME LOANS, INC.,

counterclaim-plaintiff

- against -

LYNX WHOLE LOAN ACQUISITION LLC and ALLIED FIRST BANK, S.B.,

counterclaim-defendants.

----------------------------------------X

**ORDER GRANTING MOTIONS TO SEAL**

25 Civ. 2948 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on March 16, 2026, plaintiff Lynx Whole Loan Acquisition LLC ("Lynx") filed a letter motion seeking to file under seal Exhibits E, G, and I, and references thereto, in support of a discovery letter, ECF No. 117; and

**WHEREAS** on March 17, 2026, defendant Caliber Home Loans, Inc. ("Caliber") filed a letter motion seeking to file under seal

Exhibits A and B, and references thereto, in support of a discovery letter, ECF No. 121; and

**WHEREAS** on April 6, 2026, Lynx filed a letter motion seeking to file under seal Exhibits 4, 5, and 6, and references thereto, in support of a discovery letter, ECF No. 130; and

**WHEREAS** on April 8, 2026, Caliber filed a letter motion seeking to file under seal Exhibit A, and references thereto, in support of a discovery letter, ECF No. 136; and

**WHEREAS** on April 8, 2026, Caliber filed a letter motion seeking to file under seal Exhibit C, and references thereto, in support of a discovery motion, ECF No. 139; and

**WHEREAS** on April 9, 2026, Caliber filed a letter motion seeking to file under seal Exhibit A, and references thereto, in support of a discovery letter, ECF No. 144; and

**WHEREAS** on April 14, 2026, Lynx filed a letter motion seeking to file under seal Exhibits A and B in support of a discovery letter, ECF No. 149; and

**WHEREAS** on April 17, 2026, Lynx filed two letter motions seeking to file under seal portions of two discovery letters and exhibits thereto, ECF Nos. 153, 157; and

**WHEREAS** on May 10, 2026, Caliber filed a letter motion seeking to file under seal Exhibits 1 and 3, and references thereto, in support of a discovery letter, ECF No. 165; and

**WHEREAS** on May 12, 2026, Lynx filed a letter motion seeking to file under seal Exhibits A, B, C, E, F, G, H, I, and K, and references thereto, in support of a discovery letter, ECF No. 168; and

**WHEREAS** on May 22, 2026, Caliber filed a letter motion seeking to file under seal a premotion discovery letter and exhibit thereto, ECF No. 175; and

**WHEREAS** on June 24, 2026, Lynx filed a letter motion seeking to file under seal certain portions of a pre-motion letter, ECF No. 181; and

**WHEREAS** on July 22, 2026, Lynx filed a letter motion seeking to file under seal certain documents in support of its motion for leave to file a second amended complaint, ECF No. 189; it is hereby

**ORDERED** that the motions to seal are granted, subject to reconsideration should it eventuate that maintaining the parties' desired confidentiality is inconsistent with the Court's ability to fully address the issues, mindful of the public's right to know; and it is further

**ORDERED** that the Clerk of Court terminate the motions pending at ECF Nos. 117, 121, 130, 136, 139, 144, 149, 153, 157, 165, 168, 175, 181, and 189.

Dated: August 31, 2026
New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE